IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. **08-30055-GPM/CJP** |
| **FUJIMI JACKSON**, | ) | |
| Defendant. | ) | |

## ORDER AMENDING CONDITIONS of RELEASE

**PROUD, Magistrate Judge:**

At the suggestion of the U.S. Probation Office, the court hereby amends the conditions of pre-trial release for the above defendant as follows:

1. The condition that defendant participate in a home confinement program including electronic monitoring and curfew (paragraph 7(t) of the order setting conditions of release) is **REMOVED**.

2. The travel restrictions set forth in paragraph 7(i) are **EXPANDED** to include travel to the Eastern District of Missouri, as defense counsel maintains his office in that District.

**IT IS SO ORDERED.**

**DATE: April 16, 2008**.

                                                   s/ Clifford J. Proud
                                                 **CLIFFORD J. PROUD**
                                                 **UNITED STATES MAGISTRATE JUDGE**